**No. 56625.**—F. W. Myers & Co., Inc., et al. *v.* United States, protests 148359–K,. etc. (Ogdensburg).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of turn or turned boots and shoes similar in·all' material respects to those the subject of *Railway Express Agency, Inc.* v. *United States* (27 Cust. Ct. 91, C. D. 1353), the claim of the plaintiffs was sustained.

**No. 56626.**—Doniger Export Corp. *v.* United States, protests 155627–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wooden boxes similar in all material respects to those the subject of *X-Acto Crescent Products Co., Inc.* v. *United States* (27 Cust. Ct. 190, C. D. 1368), the claim of the plaintiff was sustained.

**No. 56627.**—Sam Forwand Co. *v.* United States, protests 131858–K and 134282–K (New York).

Opinion by MOLLISON, J. It was stipulated that certain items of the merchandise consist of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 56628.**—Stalker Manufacturing Co. *v.* United States, protest 178142–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

**No. 56629.**—Brenner·Bros. et al. *v.* United States, protests 487022–G, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.